

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-18-00171-CV |
|---|---|---|
| APC Home Health Services, Inc., | § | Appeal from the |
| Appellant, | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| Lucina Martinez, | § | (TC# 2017DCV4119) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's unopposed motion to extend time to file notice of appeal. Appellant filed its notice of appeal on September 20, 2018 which is within the fifteen day period after the date on which it was due to be filed. Further, Appellant has provided facts reasonably explaining its need for the extension. Accordingly, the motion is GRANTED. Appellant's notice of appeal filed on September 20, 2018 is timely filed.

IT IS SO ORDERED this 26th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.